UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

| | |
|---|---|
| ST. PETER AND ST. ANDREW COPTIC ORTHODOX CHURCH INC.  :  Plaintiff  :  vs.  :  BROTHERHOOD MUTUAL INSURANCE COMPANY  :  Defendant  : | CIVIL ACTION NO.  MAY 13, 2025 |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## NOTICE OF REMOVAL OF DEFENDANT BROTHERHOOD MUTUAL INSURANCE COMPANY

The defendant, Brotherhood Mutual Insurance Company, by and through its undersigned counsel, and pursuant to 28 U.S.C.A. §§ 1332(a) and 1441, hereby removes this action from the Superior Court, Judicial District of Bridgeport, State of Connecticut, to the United States District Court for the District of Connecticut. In support of removal, the defendant further states as follows:

1.

The plaintiff served an action naming Brotherhood Mutual Insurance Company as defendant. According to a return of service filed in the Superior Court for the State of Connecticut, service was made upon the Connecticut Insurance Commissioner as agent for service of process on or about April 22, 2025. The Insurance Commissioner

thereafter forwarded the summons and complaint to the defendant. The state court action is entitled St. Peter and St. Andrew Coptic Orthodox Church Inc. v. Brotherhood Mutual Insurance Company, FBT-CV25-6146085-S, bearing a return date of May 27, 2025 and made returnable to the Superior Court, State of Connecticut, Judicial District of Bridgeport. The Summons, Complaint and Return of Service are the only pleadings in said case to date. A copy of the Summons, Complaint and Return of Service are attached hereto as **Exhibit A**. A copy of the Superior Court Docket Sheet is attached as **Exhibit B**.

2.

The plaintiff, St. Peter and St. Andrew Coptic Orthodox Church Inc, was at all relevant times and remains a citizen of the State of Connecticut.

The defendant, Brotherhood Mutual Insurance Company is a corporation organized under the laws of the State of Indiana with its principal place of business in Indiana.

As set forth in the Complaint, attached as Exhibit A, the plaintiff in this action claims that the defendant issued an insurance policy on a property owned by the plaintiff in Stamford, Connecticut. The plaintiff alleges that the property suffered a loss caused by water and wind, but that the defendant refuses to pay sums owed under the insurance policy. The plaintiff has submitted two sworn Statements in Proof of Loss, for Building Damages to date in the amount of $287,258.18 and for Business Personal Property in the amount of $491,922.00. Based on the allegations in Exhibit A and the

claim documentation, the amount in controversy exceeds $75,000.00, exclusive of interests and costs.

3.

The Court has jurisdiction in the above-captioned matter pursuant to 28 U.S.C.A § 1332(a)(1), in that the matter is between citizens of different states and the amount in controversy exceeds the sum value of $75,000.00 based upon the claims of the plaintiff. Therefore, this action may be removed to the United States District Court for the District of Connecticut pursuant to 28 U.S.C.A §§ 1332 and 1441.

4.

This Notice of Removal is being filed within thirty (30) days of the defendant being notified of this lawsuit, and the defendant has complied with all requirements under 28 U.S.C.A § 1446.

WHEREFORE, the defendant respectfully requests that the above action be removed from the Superior Court, Judicial District of Bridgeport, State of Connecticut, to this Honorable Court.

Respectfully submitted this 13th day of May 2025.

**THE DEFENDANT,**
**BROTHERHOOD MUTUAL INS. CO.**

BY_____
Jack G. Steigelfest, Esq.
Fed. Bar #: ct05733
Howard, Kohn, Sprague & FitzGerald, LLP
Post Office Box 261798
Hartford, Connecticut 06126-1798
Phone: (860) 525-3101
Fax: (860) 247-5201
Email: jgs@hksflaw.com

## CERTIFICATE OF SERVICE

I hereby certify that on May 13, 2025, a copy of the foregoing was filed electronically [and served by mail or anyone unable to accept electronic filing]. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system [or by mail to anyone unable to accept electronic filing]. Parties may access this filing through the Court's system.

In addition, a copy of this document was sent by first class U.S. mail to the plaintiff in the matter:
Jon D. Biller
Biller, Sachs & Robert
46 S. Whittlesey Avenue
Wallingford, CT 06492
Phone: (203) 281-1717
Fax: (203) 281-7877
E: attorneys@billerlawgroup.com

BY_____
Jack G. Steigelfest, Esq.
Fed. Bar #: ct05733
Howard, Kohn, Sprague & FitzGerald, LLP
Post Office Box 261798
Hartford, Connecticut 06126-1798
Phone: (860) 525-3101
Fax: (860) 247-5201
Email: jgs@hksflaw.com