# EXHIBIT A

**SUMMONS - CIVIL**
JD-CV-1  Rev. 2-25
C.G.S. §§ 51-346, 51-347, 51-349, 51-350, 52-45a, 52-48, 52-259;
P.B. §§ 3-1 through 3-21, 8-1, 10-13

**Instructions are on page 2.**

| For information on ADA accommodations, contact the Centralized ADA Office at 860-706-5310 or go to: www.jud.ct.gov/ADA/ |
|---|

STATE OF CONNECTICUT
JUDICIAL BRANCH
**SUPERIOR COURT**
*www.jud.ct.gov*



☐ Select if amount, legal interest, or property in demand, not including interest and costs, is LESS than $2,500.

☒ Select if amount, legal interest, or property in demand, not including interest and costs, is $2,500 or MORE.

☐ Select if claiming other relief in addition to, or in place of, money or damages.

**TO: Any proper officer**
By authority of the State of Connecticut, you are hereby commanded to make due and legal service of this summons and attached complaint.

| Address of court clerk (Number, street, town and zip code) | Telephone number of clerk | Return Date (Must be a Tuesday) |
|---|---|---|
| **1061 Main Street, Bridgeport 06604** | ( 203 ) 579 – 6527 | 05/27/2025 |

| ☒ Judicial District | G.A. | At (City/Town) | Case type code (See list on page 2) |
|---|---|---|---|
| ☐ Housing Session | ☐ Number: | **Bridgeport** | Major: **C**    Minor: **20** |

**For the plaintiff(s) enter the appearance of:**

| Name and address of attorney, law firm or plaintiff if self-represented (Number, street, town and zip code) | Juris number (if attorney or law firm) |
|---|---|
| **Biller, Sachs and Robert, 46 S. Whittlesey Avenue, Wallingford, CT 06492** | **409077** |

| Telephone number | Signature of plaintiff (if self-represented) | |
|---|---|---|
| ( 203 ) 281 – 1717 | | |

| The attorney or law firm appearing for the plaintiff, or the plaintiff if self-represented, agrees to accept papers (service) electronically in this case. Any attorney who is not exempt from e-filing is required to accept electronic delivery. (Practice Book Section 10-13) | ☒ Yes ☐ No | E-mail address for delivery of papers under Section 10-13 of the Connecticut Practice Book   attorneys@billerlawgroup.com |
|---|---|---|

| Parties | Name (Last, First, Middle Initial) and address of each party (Number; street; P.O. Box; town; state; zip; country, if not USA) | |
|---|---|---|
| **First plaintiff** | Name:  ST PETER AND ST ANDREW COPTIC ORTHODOX CHURCH INC  Address: 20 Brookdale Rd. Stamford, CT 06903 | P-01 |
| **Additional plaintiff** | Name:  Address: | P-02 |
| **First defendant** | Name:  **Brotherhood Mutual Insurance Company**  Address: **Agent for Service: Connecticut Insurance Commissioner, 153 Market Street, Hartford, CT 06103** | D-01 |
| **Additional defendant** | Name:  Address: | D-02 |
| **Additional defendant** | Name:  Address: | D-03 |
| **Additional defendant** | Name:  Address: | D-04 |
| **Total number of plaintiffs: 1** | **Total number of defendants: 1** | ☐ Form JD-CV-2 attached for additional parties |

## Notice to each defendant

1. **You are being sued.** This is a summons in a lawsuit. The complaint attached states the claims the plaintiff is making against you.
2. To receive further notices, you or your attorney must file an *Appearance* (form JD-CL-12) with the clerk at the address above. Generally, it must be filed on or before the second day after the Return Date. The Return Date is not a hearing date. You do not have to come to court on the Return Date unless you receive a separate notice telling you to appear.
3. If you or your attorney do not file an *Appearance* on time, a default judgment may be entered against you. You can get an *Appearance* form at the court address above, or on-line at https://jud.ct.gov/webforms/.
4. If you believe that you have insurance that may cover the claim being made against you in this lawsuit, you should immediately contact your insurance representative. Other actions you may take are described in the Connecticut Practice Book, which may be found in a superior court law library or on-line at https://www.jud.ct.gov/pb.htm.
5. If you have questions about the summons and complaint, you should talk to an attorney.
   **The court staff is not allowed to give advice on legal matters.**

| Date | Signed (Sign and select proper box) | ☒ Commissioner of Superior Court | Name of person signing |
|---|---|---|---|
| 04/22/2025 | | ☐ Clerk | **Jon D. Biller** |

| If this summons is signed by a Clerk: | | For Court Use Only |
|---|---|---|
| a. The signing has been done so that the plaintiff(s) will not be denied access to the courts.  b. It is the responsibility of the plaintiff(s) to ensure that service is made in the manner provided by law.  c. The court staff is not permitted to give any legal advice in connection with any lawsuit.  d. The Clerk signing this summons at the request of the plaintiff(s) is not responsible in any way for any errors or omissions in the summons, any allegations contained in the complaint, or the service of the summons or complaint. | | File Date |

| I certify I have read and understand the above: | Signed (Self-represented plaintiff) | Date  04/22/2025 | Docket Number |
|---|---|---|---|

**Instructions**

1. *Type or print legibly. If you are a self-represented party, this summons must be signed by a clerk of the court.*
2. *If there is more than one defendant, make a copy of the summons for each additional defendant. Each defendant must receive a copy of this summons. Each copy of the summons must show who signed the summons and when it was signed. If there are more than two plaintiffs or more than four defendants, complete the Civil Summons Continuation of Parties (form JD-CV-2) and attach it to the original and all copies of the summons.*
3. *Attach the summons to the complaint, and attach a copy of the summons to each copy of the complaint. Include a copy of the Civil Summons Continuation of Parties form, if applicable.*
4. *After service has been made by a proper officer, file the original papers and the officer's return of service with the clerk of the court.*
5. *Use this summons for the case type codes shown below.*

    *Do not use this summons for the following actions:*

    (a) *Family matters (for example divorce, child support, custody, parentage, and visitation matters)*
    (b) *Any actions or proceedings in which an attachment, garnishment or replevy is sought*
    (c) *Applications for change of name*
    (d) *Probate appeals*
    (e) *Administrative appeals*
    (f) *Proceedings pertaining to arbitration*
    (g) *Summary Process (Eviction) actions*
    (h) *Entry and Detainer proceedings*
    (i) *Housing Code Enforcement actions*

**Case Type Codes**

| MAJOR DESCRIPTION | CODE | MINOR DESCRIPTION | MAJOR DESCRIPTION | CODE | MINOR DESCRIPTION |
|---|---|---|---|---|---|
| Contracts | C 00 | Construction - All other | Property | P 00 | Foreclosure |
| | C 10 | Construction - State and Local | | P 10 | Partition |
| | C 20 | Insurance Policy | | P 20 | Quiet Title/Discharge of Mortgage or Lien |
| | C 30 | Specific Performance | | P 30 | Asset Forfeiture |
| | C 40 | Collections | | P 70 | Dissolution of Lien Upon Substitution of Bond |
| | C 50 | Uninsured/Underinsured Motorist Coverage | | P 90 | All other |
| | C 60 | Uniform Limited Liability Company Act - C.G.S. 34-243 | Torts (Other than Vehicular) | T 02 | Defective Premises - Private - Snow or Ice |
| | C 90 | All other | | T 03 | Defective Premises - Private - Other |
| Eminent Domain | E 00 | State Highway Condemnation | | T 11 | Defective Premises - Public - Snow or Ice |
| | E 10 | Redevelopment Condemnation | | T 12 | Defective Premises - Public - Other |
| | E 20 | Other State or Municipal Agencies | | T 20 | Products Liability - Other than Vehicular |
| | E 30 | Public Utilities & Gas Transmission Companies | | T 28 | Malpractice - Medical |
| | E 90 | All other | | T 29 | Malpractice - Legal |
| Housing | H 00 | Housing - Summary Process | | T 30 | Malpractice - All other |
| | H 03 | Housing - Deceased Tenants - Summary Process | | T 40 | Assault and Battery |
| | H 10 | Housing - Return of Security Deposit | | T 50 | Defamation |
| | H 12 | Housing - Rent and/or Damages | | T 61 | Animals - Dog |
| | H 20 | Housing - Housing Code Enforcement | | T 69 | Animals - Other |
| | H 30 | Housing - Entry and Detainer | | T 70 | False Arrest |
| | H 40 | Housing - Audita Querela/Injunction | | T 71 | Fire Damage |
| | H 50 | Housing - Administrative Appeal | | T 90 | All other |
| | H 60 | Housing - Municipal Enforcement | Vehicular Torts | V 01 | Motor Vehicles* - Driver and/or Passenger(s) vs. Driver(s) |
| | H 70 | Housing - Bed Bug Infestation | | V 04 | Motor Vehicles* - Pedestrian vs. Driver |
| | H 87 | Housing - Denied Fee Waiver Appeal | | V 05 | Motor Vehicles* - Property Damage only |
| | H 90 | Housing - All Other | | V 06 | Motor Vehicle* - Products Liability Including Warranty |
| Miscellaneous | M 00 | Injunction | | V 09 | Motor Vehicle* - All other |
| | M 10 | Receivership | | V 10 | Boats |
| | M 15 | Receivership for Abandoned/Blighted Property | | V 20 | Airplanes |
| | M 20 | Mandamus | | V 30 | Railroads |
| | M 30 | Habeas Corpus (extradition, release from Penal Institution) | | V 40 | Snowmobiles |
| | M 40 | Arbitration | | V 90 | All other |
| | M 50 | Declaratory Judgment | | | *Motor Vehicles include cars, trucks, motorcycles, and motor scooters. |
| | M 63 | Bar Discipline | Wills, Estates and Trusts | W 00 | Probate Appeals |
| | M 66 | Department of Labor Unemployment Compensation Enforcement | | W 10 | Construction of Wills and Trusts |
| | M 68 | Bar Discipline - Inactive Status | | W 90 | All other |
| | M 70 | Municipal Ordinance and Regulation Enforcement | | | |
| | M 75 | Foreign Subpoena - C.G.S. 52-657 | | | |
| | M 80 | Foreign Civil Judgments - C.G.S. 52-604 & C.G.S. 50a-30 | | | |
| | M 83 | Small Claims Transfer to Regular Docket | | | |
| | M 84 | Foreign Protective Order | | | |
| | M 85 | Civil Protection Order | | | |
| | M 87 | Denied Fee Waiver Appeal | | | |
| | M 88 | Application for Pro Hac Vice for State or Municipal Agency/Board | | | |
| | M 89 | CHRO Action in the Public Interest - P.A. 19-93 | | | |
| | M 90 | All other | | | |

RETURN DATE:   MAY 27, 2025      :       SUPERIOR COURT

ST. PETER AND ST. ANDREW
COPTIC ORTHODOX CHURCH INC.    :       J.D. OF BRIDGEPORT

VS.                         :       AT BRIDGEPORT

BROTHERHOOD MUTUAL INSURANCE
COMPANY                    :       APRIL 22, 2025

## COMPLAINT

### FIRST COUNT:

1.    At all times relevant hereto, Plaintiff, ST. PETER AND ST. ANDREW COPTIC ORTHODOX CHURCH INC., (hereinafter "Plaintiff"), was the owner of the property located at 20 Brookdale Rd in Stamford, Connecticut (hereinafter "the subject property").

2.    At all relevant times mentioned herein, Defendant, BROTHERHOOD MUTUAL INSURANCE COMPANY (hereinafter "Defendant"), was and remains an insurance company authorized to do business within the State of Connecticut.

3.    The subject property is insured by virtue of an insurance policy issued by Defendant bearing policy number 06M5A0488441 which was effective on the date of the subject loss (hereinafter referred to as "subject policy").

4.    Pursuant to the subject policy, Defendant agreed to pay all sums which Plaintiff, or its legal representatives, shall be legally entitled to recover as damages on account of a covered loss.

5.    On or about April 23, 2023, while said policy was in full force and effect, the subject property suffered a covered loss as a result of a water and wind.

6.    Plaintiff provided Defendant with prompt notice of the loss, and at all times relevant, complied with all terms and conditions of the subject policy.

1

7.    Despite due demand, Defendant has failed and refused to pay and/or indemnify Plaintiff

fully for its loss and damages in violation of the subject policy.

**WHEREFORE**, the Plaintiff claims:

1.  Compensatory damages.

2.  Interest.

3.  Such other and further relief as may be deemed fair, just and equitable.


**THE PLAINTIFF,**
**ST. PETER AND ST. ANDREW**
**COPTIC ORTHODOX CHURCH INC.**

BY:_____

Jon D. Biller
Biller, Sachs & Robert
46 S. Whittlesey Avenue
Wallingford, CT 06492
Phone No.: (203) 281-1717
Fax No.: (203) 281-7877
Juris No.: 409077
attorneys@billerlawgroup.com

2

RETURN DATE:     MAY 27, 2025          :          SUPERIOR COURT

ST. PETER AND ST. ANDREW
COPTIC ORTHODOX CHURCH INC.        :          J.D. OF BRIDGEPORT

VS.                                    :          AT BRIDGEPORT

BROTHERHOOD MUTUAL INSURANCE
COMPANY                                :          APRIL 22, 2025

## AD DAMNUM

The Plaintiffs in the above-entitled action hereby claims money damages in excess of

FIFTEEN THOUSAND ($15,000.00) DOLLARS exclusive of interest and costs.

> THE PLAINTIFF,
> ST. PETER AND ST. ANDREW
> COPTIC ORTHODOX CHURCH INC.
>
> BY:_____
>        Jon D. Biller
>        Biller, Sachs & Robert
>        46 S. Whittlesey Avenue
>        Wallingford, CT 06492
>        Phone No.: (203) 281-1717
>        Fax No.: (203) 281-7877
>        Juris No.: 409077
>        attorneys@billerlawgroup.com

3

STATE OF CONNECTICUT}

                   } SS:  HARTFORD,     APRIL 22, 2025

COUNTY OF HARTFORD  }

      Then and by virtue hereof, on the 22nd day of April, 2025, I made due and legal service on the within named Defendant, **BROTHERHOOD MUTUAL INSURANCE COMPANY,** by leaving two (2) verified true and attested copies of the within original **Summons, Complaint, and Ad Damnum,** with and in the hands of Alice Walden, Secretary who is duly authorized to accept service for Andrew N. Mais, Insurance Commissioner for the State of Connecticut. Said Insurance Commissioner is the duly authorized agent to accept service for the within named Defendant, in the City of Hartford.

      The within is the original, **Summons, Complaint, and Ad Damnum,** with my doings hereon endorsed.

FEES:                            ATTEST:

| | |
|---|---|
| Pages | $10.00 |
| Endorsements | 3.50 |
| Service | 50.00 |
| Travel | 3.00 |
| Ins. Comm. | 50.00 |
| | |
| Total | $ 116.50 |

ALEX J. RODRIGUEZ
STATE MARSHAL
HARTFORD COUNTY